**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN ADMIRALTY**

CASE NO.: 8:15-CV-1136-T-33T6W

IN THE MATTER OF:

THE COMPLAINT OF ORION MARINE CONSTRUCTION, INC.AS OWNER OF BARGES M-1801, M-1802, M1701, AND M-1402 THEIR ENGINES, TACKLE, APPURTENANCES, EQUIPMENT, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,

Petitioner.

______________________________________/

**CLAIM OF WILLIAM PRICE**

Claimant William Price files this claim against limitation Petitioner Orion Marine Construction, Inc. ("Orion") and would state:

1. This is a claim for property damage located at: 3512 East Maritana Drive St. Pete Beach, FL 33706.

2. Claimant claims all damages under Florida Law and the General Maritime Law of the United States including "stigma" type damage.

3. Orion contracted with the Florida Department of Transportation to construct a new bridge span between St. Petersburg Beach and Isla Del Sol in Pinellas County Florida. The bridge is known as the Pinellas Bayway Bridge.

4. Between approximately February 2012 and April 2014, Orion, as part of the Pinellas Bayway Bridge Construction Project, utilized pile driving as well as a roller vibrator as part of the methodology used in constructing the bridge.

5. Due to the improper, excessive, and negligently created force of the pile driving and roller vibration, property damages were caused to the buildings and structures of the Claimant.

6. Due to the negligence of Petitioner Orion and the unseaworthiness of its construction barges and crews property damage was sustained by the Claimant at the address listed in Paragraph 1, *supra*.

7. The amount of the property damage claimed (apart from "stigma" type damages) is the actual cost of remediation to repair the property, including but not limited to repair of cracked ceiling, cracked walls, cracked tiles, cracked stucco, cracked driveway, tiles pops and separation, and grout separation. Claimant reserves the right to supplement his or her claim as additional information becomes known.

8. "Stigma" type damages are also claimed due to the fact that the damages sustained by the property are the type that needs to be disclosed to prospective buyers on any real estate disclosure form. The property has sustained a dimunition in value due to Orion's negligence and unseaworthy vessels and crew.

WHEREFORE, Claimant moves the Court to enter a judgment in its favor against Petitioner Orion, plus pre-judgment and post-judgment interest and costs.

**CERTIFICATE OF SERVICE**

We hereby certify on this 17th day of June 2015 that we electronically filed the forgoing with the Court's CM/ECF system, which will send a notice of electronic filing to: Robert B. Birthisel, Esquire, Jules V. Massee, Esquire, Michael J. Bradford, Esquire, and Christopher F. Hamilton, Esquire, Hamilton, Miller & Birthisel, LLP, 100 S. Ashley

Drive, Suite 1210, Tampa, FL 33602.

/s/ Jacob J. Munch
JACOB J. MUNCH, ESQUIRE
Florida Bar No. 376523
Email: sealaw@tampabay.rr.com
CATHERINE M. SAYLOR
Florida Bar No. 115593
Email: casey@munchandmunch.com
MUNCH AND MUNCH, P.A.
600 South Magnolia Avenue – Suite 325
Tampa, Florida 33606
Tel: 813-254-1557 / Fax: 813-254-5172

MAURA J. KIEFER, ESQUIRE
Florida Bar No. 869317
MAURE J. KIEFER, P.A.
3639 Cortez Road West – Suite 104
Bradenton, Florida 34210
Tel: 727-551-0770 / Fax: 888-202-5592
Email: info@maurakiefer.com

Attorneys for Claimants