**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**IN ADMIRALTY**

IN THE MATTER OF: CASE NO.: 8-15-CV-1136-T-33T6W

THE COMPLAINT OF ORION MARINE CONSTRUCTION, INC. AS OWNER OF BARGES M-1801-, M-1802, M1701, AND M-1402 THEIR ENGINES, TACKLE, APPURTENANCES, EQUIPMENT, ETC. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,

Petitioner.

_______________________________________________/

**CLAIM OF DOLPHIN WATCH II, LLC**

Claimant, DOLPHIN WATCH II, LLC, files this claim against Petitioner, Orion Marine Construction, Inc. ("Orion") and would state:

1. This is a claim for property damage located at 1405 Gulf Way, St. Petersburg, Florida, 33706.

2. Claimant(s) claim all damages under Florida Law and the General Maritime Law of the United States including "stigma" type damages.

3. Orion contracted with the Florida Department of Transportation to construct a new bridge span between St. Pete Beach and Isla Del Sol in Pinellas County, Florida. The bridge is known as the Pinellas Bayway Bridge.

4. Between approximately February 2012 and April 2014, Orion, as part of the Pinellas Bayway Bridge Construction Project, utilized pile driving as well as a roller vibrator as part of the methodology to construct the bridge, and certain other methods of demolishing other structures related to the bridge construction.

5. Due to improper, excessive, and negligently created force of the pile driving, roller vibration, and similar demolition/construction methods, property damages were caused to the buildings and structures of the Claimant.

6. Due to the negligence of Petitioner Orion, the unseaworthiness of Petitioner's construction barges and crews and Petitioners otherwise abnormally dangerous activities, property damage was sustained by the Claimant at the address listed in paragraph 1, *supra*.

7. The amount of the claimed property damage (apart from "stigma" type damages) is the actual cost to repair the Claimant's property, including, but not limited to, repair of the structure and residential real property. Claimant reserves the right to supplement this claim as additional information becomes known.

8. "Stigma" type damages are also claimed due to the fact that the damages caused to the property by Petitioner Orion's negligence are of such a nature as to the cause a diminution in value to the Claimant's property.

WHEREFORE, Claimant moves the Court to enter judgment in Claimant's favor against the Petitioner Orion, plus pre-judgment interest, costs and any other relief deemed appropriate.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 18th day of August, 2015, that we electronically filed the foregoing with the Court's CM/ECF system, which will send a notice of electronic filing to Robert B. Birthisel, Esquire, Jules V. Massee, Esquire, and Michael J. Bradford, Esquire, and Christopher F. Hamilton, Esquire, Hamilton, Miller & Birthisel, LLP, 100 S. Ashley Drive, Suite 1210, Tampa, Florida 33602.

**MACKINNON LAW GROUP, P.A.**

s/ James S. Constable ___________________
James S. Constable, Esquire
Florida Bar No. 68522
Ryan M. Bennett, Esquire
Florida Bar No. 72988
MACKINNON LAW GROUP, P.A.
10033 North Dale Mabry Hwy, Suite B
Tampa, Florida 33618
Telephone: (813) 751-0293
Facsimile: (813) 961-7800
Attorneys for the Claimant